UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

**Case Number: 25-CR-10044-MARTINEZ**

UNITED STATES OF AMERICA

v.

JESUS HERRERA-BELETT,

> *Defendant.*
> _____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Lurana S. Snow on April 24, 2026 **[ECF No. 22]**. A Report and Recommendation was filed on April 27, 2026, recommending that the Defendant's plea of guilty be accepted **[ECF No. 25]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. In fact, the Government filed a *Notice of Non-Objection* **[ECF No. 27]**. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 25]** of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Indictment. Count One charges the Defendant with Conspiracy to Encourage and Induce Aliens to Enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I). The Defendant acknowledged that he

understood the statutory penalties that apply in his case.

Sentencing has been set in this matter for **Monday, July 27, 2026, at 10:30 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Sidney M. Aronovitz United States Courthouse, 301 Simonton Street, 1st Floor Courtroom, Key West, Florida 33040.

**DONE AND ORDERED** at Chambers in Miami, Florida, this _____ day of May, 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     United States Magistrate Judge Lurana S. Snow
All Counsel of Record
United States Probation Office